## (December 16, 1969)

■ In the Matter of J. RAYMOND QUINN, JR., Appellant, v. MARTIN J. KEHOE et al., as Commissioners of Election of the County of Schenectady, et al., Respondents.— MEMORANDUM BY THE COURT. Appeal from an order of the Supreme Court at Special Term, entered December 9, 1969 in Schenectady County, which dismissed a petition brought pursuant to section 330 of the Election Law and CPLR article 78. Order affirmed, without costs. This court feels bound by *Matter of Mullen* v. *Heffernan* (193 Misc. 334, affd. 274 App.

Div. 972, affd. 298 N. Y. 785) and *Matter of Hogan* v. *Supreme Court* (281 N. Y. 572.) Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by the court.